IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAMEON THOMAS, | ) |
| Petitioner, | ) |
| v. | ) No. 1:11-cv-00038 |
| UNITED STATES OF AMERICA, | ) Judge Trauger |
| Respondent. | ) |

## ORDER

Petitioner Dameon Thomas, a prisoner serving a federal sentence, has filed his *pro se* Motion to Set Aside, Vacate, and Correct an Illegal Sentence (ECF No. 1) under 28 U.S.C. § 2255, as supplemented by the arguments set forth in his Motion to Supplement and Amend (ECF No. 16).

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the petitioner's motion is without merit. The motion is therefore **DENIED** and this matter **DISMISSED WITH PREJUDICE**. A certificate of appealability will not issue as to any of the claims set forth in Thomas's motion. Rule 11(a), Rules Gov'g § 2255 Motions.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge